IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Eugene Thomas, | ) | C/A No.: 1:11-1585-MBS-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| James M. Dorriety; Scotty Bodiford; Tracy K. Krein; Patricia Rae; and Susan Ward, | ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

Plaintiff, proceeding *pro se* and *in forma pauperis*, is a pretrial detainee incarcerated at Greenville County Detention Center ("GCDC") and brings this action against GCDC employees alleging violations of 42 U.S.C. § 1983. Pursuant to the provisions of 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2)(d) (D.S.C.), all pretrial proceedings have been referred to the undersigned.

This matter comes before the court on the motions of Plaintiff for an extension of time. [Entry #35, #36]. Plaintiff requests additional time to conduct discovery, including obtaining a copy of his medical records. Plaintiff's motions are granted. Defendant is directed to provide Plaintiff with a copy of his GCDC medical records by January 31, 2012. Additionally, the deadline for the completion of discovery is extended until February 9, 2012 and the deadline for filing dispositive motions is extended until February 28, 2012. Plaintiff is advised that all discovery requests to Defendants should be served on counsel for Defendants and not filed with the court.

Plaintiff also requests that the undersigned direct the United States Marshals

Service to search for Defendant Ward to insure proper service. However, a review of the docket and Defendant's answer [Entry #21] reveals that counsel has made an appearance for Defendant Ward and has not asserted an affirmative defense based on improper service. Therefore, further service on Ward appears to be unnecessary.

IT IS SO ORDERED.

January 17, 2012                                     Shiva V. Hodges
Columbia, South Carolina                             United States Magistrate Judge